IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02584-LTB

**TRISTAN SMITH-KENNEDY**,

    Plaintiff,

v.

**RAMADA INN, ET AL.**,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff Tristan Smith-Kennedy resides in Las Vegas, Nevada. On November 24, he filed a complaint (ECF No. 1) against various entities and individuals. Magistrate Judge Gordon P. Gallagher granted Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 on November 30, 2015.

    Magistrate Judge Gallagher then reviewed the merits of the Complaint and found that the Complaint failed to comply with Fed. R. Civ. P. 8. because Plaintiff failed to set forth a short and plain statement of his claims showing that he is entitled to relief.

    On November 30, 2015, Magistrate Judge Gallagher filed a lengthy Order outlining the deficiencies in Plaintiff's Complaint and ordered him to file an amended complaint in compliance with Rule 8 within thirty (30) days (ECF No. 5). Magistrate Judge Gallagher warned Plaintiff that if he failed to comply with the Order to Amend within the time allowed the Court would dismiss the action without further notice. Plaintiff has failed to comply with the Court's Order to Amend within the time allowed and has filed nothing further in this action.

    The Court finds Magistrate Judge Gallagher correctly determined that Plaintiff

failed to comply with Rule 8 and required him to amend the Complaint.  Because Plaintiff now has failed to comply with the November 30, 2015 Order within the time allowed and fails to assert a reason why he is unable to do so, the Court will dismiss the action for failure to comply with a Court order and to prosecute.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma paupers* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pampers* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file a properly Amended Complaint within the time allowed pursuant to the November 30, 2015 Order and for failure to prosecute. It is

**FURTHER ORDERED** that leave to proceed *in forma pampers* on appeal is denied.

DATED at Denver, Colorado, this  5th  day of January, 2016.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court