IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02584-LTB

**TRISTAN SMITH-KENNEDY**,

Plaintiff,

v.

**RAMADA INN, ET AL.**,

Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on January 5, 2016, it is hereby

**ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 5 day of January, 2016.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/  Jennifer Hawkins
    Deputy Clerk